# ALABAMA COURT OF CRIMINAL APPEALS



November 1, 2024

**CR-2024-0091**
William Chad Randolph v. State of Alabama (Appeal from Greene Circuit Court:
CC-21-12)

## NOTICE

You are hereby notified that on November 1, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk